UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 07-10033-RWZ |
| ) | |
| EDGARDO RODRIGUEZ ) | |

**PROTECTIVE ORDER**

A motion having been made by the government pursuant to Fed.R.Crim.P. 16 and Local Rule 116 for a protective order which prohibits the disclosure of materials (including documents and recordings), and information contained therein, except for the purpose of the legal defense of the case captioned above, which restricts the disclosure of materials to certain individuals engaged in the defense of this case, and which limits the use of certain draft summaries and transcripts absent prior approval of the Court, it is hereby ORDERED, as follows:

1. With respect to all materials, and information contained therein, disclosed by the government to defense counsel of record under this Order, defense counsel of record may further disclose such materials, or information contained therein, only for the purpose of the legal defense of the case captioned above. Defense counsel of record may disclose such materials, and information contained therein, to the following individuals:

   a. members of defense counsel's office who are directly engaged in assisting the legal defense of this case (defined to include partners, associates, and employees of defense counsel's law firm, including secretaries and paralegals);

   b. other persons retained by defense counsel of record for the purpose of assisting in the legal defense of this case, such as private investigators and experts;

1

    c.    the defendant; and

    d.    potential witnesses for the legal defense of this matter, provided that defense counsel of record has made a good-faith determination that such disclosure is necessary to the proper preparation of the legal defense of this case. However, copies of such materials shall only be shown or played, and shall not be given, to such witnesses.

2.    Prior to disclosing any materials, or information contained therein, to any person defense counsel of record shall fully explain the terms of this Order and obtain from each person to whom such disclosure is made, an acknowledgment of the terms of this Order and their agreement to comply with its terms. Each person to whom disclosure is made shall endorse a copy of this Order, and defense counsel of record shall file such an endorsed copy with the Court. In the event that a potential witness declines to execute a copy of this Order, defense counsel of record shall file notice with the Court that such a disclosure has been made and that the named potential witness has been informed of the content of the Order. Such filings shall be filed under seal and *ex parte*. The government shall have access to these filings only upon motion to the Court and good cause shown.

3.    Those persons acting as agents of defense counsel of record, defined as those individuals identified in Paragraphs 1.a. and 1.b., may disclose materials, or information contained therein, produced by the government under this Order, to potential witnesses on the following conditions:

    a.    such disclosure may only be for the purpose of the legal defense of the case;

    b.    such disclosure may only be made after a good-faith determination by defense counsel of record that such disclosure is necessary to the proper preparation of the legal defense of this case;

2

  c. such disclosure shall be made only after the potential witness has been advised of the existence of this Order, agrees to comply with this Order, and executes a copy of this Order. In the event the potential witness declines to execute a copy of this Order, defense counsel of record shall file notice with the Court that such a disclosure has been made and that the named potential witness has been informed of the content of the Order. Such filings shall be filed under seal and *ex parte*. The government shall have access to these filings only upon motion to the Court and good cause shown; and

  d. potential witnesses may be shown or played copies of materials covered by this Order, but may not be provided copies of such materials.

  4. Only defense counsel of record and their agents (as defined in Paragraphs 1.a. and 1.b.) may disseminate materials, or information contained therein, which have been disclosed by the government under this Order. Neither the defendant, nor any other person receiving such materials or information contained therein, is permitted to disseminate or disclose such materials or information for any purpose at any time.

  5. The undersigned defendant and defense counsel, by signing this Order, stipulate and agree that they will not use electronic surveillance monitoring logs, draft written summaries of the contents of the calls intercepted pursuant to an electronic surveillance order, any draft written summary of the contents of a consensual recording, or preliminary transcripts disclosed by the government, in the examination or cross-examination of any witness at trial or during the course of any hearing on motion related to this matter, except after notice to the Court and only if the district judge, upon motion and after hearing, determines such documents contain exculpatory evidence

3

within the meaning of controlling law.

6. Upon the termination of these proceedings, all tape recordings of oral communications intercepted pursuant to court-authorization and the "contents" thereof as defined in 18 U.S.C. § 2510(8), including but not limited to transcripts, summaries, or extracts made by defense counsel or made by the government for the use of defense counsel shall be returned forthwith to the United States or to the Court absent further court order to the contrary.

7. This Order shall take effect, and the government shall produce discovery covered by this Order, only after acknowledged and countersigned copies of this Order have been filed with the Court by defense counsel of record.

March 20, 2007
DATE

Rya W. Zobel
~~JOYCE LONDON ALEXANDER~~
UNITED STATES ~~MAGISTRATE~~ District JUDGE

Acknowledgment:

_____        _____

_____        _____

_____        _____

4